Trial Date: April 13, 2020

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARIUS WILSON, an individual,

    Plaintiff,

v.

CITY OF KIRKLAND, a political subdivision of the State of Washington; and DANIEL WILLSON, in his individual and official capacities, and DOES 1-10.,

    Defendants.

No. 2:19-cv-00063-BJR

[PROPOSED]

STIPULATION FOR AND ORDER OF DISMISSAL

[CLERK'S ACTION REQUIRED]

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DARIUS WILSON and Defendants CITY OF KIRKLAND and DANIEL WILLSON that all of Plaintiff's claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 2nd day of April, 2019.

LAW OFFICE OF DAN N. FIORITO III

By: _s/ Dan N. Fiorito_
Dan N. Fiorito, WSBA No. 34009
Attorney for Plaintiff
844 NW 48th Street NW
Seattle, WA 98107
Ph.: (206) 299-1582
dan@danfiorito.com

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: _s/ Jeremy W. Culumber_
Jeremy W. Culumber, WSBA #35423
Attorney for Defendants
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861
jculumber@kbmlawyers.com

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:19-cv-00063-BJR

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 8th day of April, 2019.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE